UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:16-cr-05-TRM-CHS-01 |
| | ) |
| v. | ) Case No. 4:17-cr-07-TRM-SKL-01 |
| | ) |
| ROGER A. DOBBINS | ) |

## MEMORANDUM AND ORDER

ROGER A. DOBBINS, ("Defendant") appeared for a hearing on December 21, 2020, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Amended Petition for a Warrant for an Offender Under Supervision ("Amended Petition") in the above matters [Doc. 59 in case no. 4:16-cr-05-TRM-CHS-01 and Doc. 42 in case no. 4:17-cr-07-TRM-SKL-01].

Defendant was placed under oath and informed of his constitutional rights. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Amended Petition. Defendant waived his right to a preliminary hearing and a detention hearing.

Based upon the Amended Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Amended Petition.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Amended Petition for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Amended Petition for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge McDonough.

(3) Defendant shall remain **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER.

                                                                 s/ *Susan K. Lee*
                                                                 SUSAN K. LEE
                                                                 UNITED STATES MAGISTRATE JUDGE